[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  18-15117
Non-Argument Calendar
_____

D.C Docket No. 8:18-cr-00146-JDW-AEP-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,


versus


EQUANZICK HOWELL,
a.k.a. "Pookie,"
a.k.a. "Big Pook,"
a.k.a. "Pook Pook,"

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____
(July 18, 2019)

Before MARTIN, NEWSOM, and GRANT, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Appellant's plea agreement is GRANTED.  *See United States v.*

*Johnson*, 541 F.3d 1064, 1066 (11th Cir. 2008) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Bascomb*, 451 F.3d 1292, 1297 (11th Cir. 2006) (waiver of the right to appeal includes the waiver of the right to appeal constitutional issues except in extreme circumstances).